```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07344
   JOHN STAINE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9121


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/24/2007 and was confirmed 08/08/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

      The case was dismissed after confirmation 10/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG        .00              .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE        .00              .00            .00
HONOR FINANCE            SECURED VEHIC    2600.00            33.20         856.80
HONOR FINANCE            UNSECURED        NOT FILED            .00            .00
NUVELL CREDIT CO LLC     SECURED VEHIC    1325.00            11.67         688.33
ALLIED INTERSTATE        UNSECURED        NOT FILED            .00            .00
ARMOR SYSTEMS CORP       UNSECURED        NOT FILED            .00            .00
ARROW FINANCIAL SERVICES NOTICE ONLY      NOT FILED            .00            .00
ASSET ACCEPTANCE CORP    NOTICE ONLY      NOT FILED            .00            .00
AT & T WIRELESS          UNSECURED        NOT FILED            .00            .00
CALVARY PORTFOLIO SERVIC UNSECURED         634.11              .00            .00
CALVARY PORTFOLIO SERVIC UNSECURED         529.06              .00            .00
DIVERSIFIED CREDIT SERVI UNSECURED        NOT FILED            .00            .00
FINGERHUT                UNSECURED        NOT FILED            .00            .00
HONOR FINANCE            UNSECURED         890.41              .00            .00
I C COLLECTION SERVICE   UNSECURED        NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY      NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED            .00            .00
NICOR GAS                UNSECURED        1167.80              .00            .00
RMI/MCSI                 UNSECURED            .00              .00            .00
TRIAD FINANCIAL CORP     UNSECURED        7465.02              .00            .00
TRUSTMARK RECOVERY       UNSECURED        NOT FILED            .00            .00
LOUISE WEBSTER           NOTICE ONLY      NOT FILED            .00            .00
NUVELL CREDIT CO LLC     UNSECURED        3775.07              .00            .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY      NOT FILED            .00            .00
RMI/MCSI                 UNSECURED         200.00              .00            .00
THOMAS W LYNCH           DEBTOR ATTY     2,344.00                         1,276.89
TOM VAUGHN               TRUSTEE                                            204.53
DEBTOR REFUND            REFUND                                             311.06

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07344 JOHN STAINE
```

```
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  3,382.48

PRIORITY                                             .00
SECURED                                         1,545.13
    INTEREST                                       44.87
UNSECURED                                            .00
ADMINISTRATIVE                                  1,276.89
TRUSTEE COMPENSATION                              204.53
DEBTOR REFUND                                     311.06
                         ---------------    ---------------
TOTALS                   3,382.48               3,382.48
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/25/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 07344 JOHN STAINE